UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IRWIN JACOBOWITZ, on behalf of MJ, DJ, and AJ; and PEARL H. JACOBOWITZ, <br><br> Plaintiffs, <br><br> v. <br><br> YMCA of GREATER PROVIDENCE BAYSIDE YMCA BRANCH; JOE MARTINO, Executive Director; and JOHN and JANE DOE <br><br> Defendants. | CA No: 15-0345-JJM |

## ORDER

Defendants' Renewed Motion to Dismiss (ECF No. 45) is GRANTED. The Defendants have set forth numerous deficiencies with the Plaintiffs' responses to discovery, refusal to attend their depositions, and continued violations of this Court's orders.

After a series of discovery disputes, this Court ordered the *pro se* Plaintiffs to participate fully in the discovery process. The Court told them that the failure to fully cooperate and participate in discovery would result in the Court dismissing their case. ECF No. 32.

> "Plaintiffs are required to expeditiously and fully respond to all discovery requests from the Defendants and then to facilitate their timely deposition."

It is abundantly clear from the record that the Plaintiffs did not comply with this Court's explicit order and its clear mandate to cooperate with discovery.

Therefore, pursuant to Federal Rules of Civil Procedure Rules 37(b)(2)(A), 37(d)(1)(A)(ii), and 37(d)(1)(A)(1) the Court DISMISSES Plaintiffs' complaint with prejudice against all Defendants.

SO ORDERED;

_____
John J. McConnell, Jr
United States District Judge

October 18, 2017